# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 17, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144036 (69)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

TERRY NUNLEY,
      Defendant-Appellee,

and

ATTORNEY GENERAL,
      Intervenor.

_____

SC: 144036
COA: 302181
Washtenaw CC: 10-001573-AR

      On order of the Chief Justice, the motion by plaintiff-appellant for leave to file supplemental authority is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2012 _____

_____
Clerk